27 F.3d 556
 Curley (Lance), Bilbrough (Frances), Tagliaferro
(Philomena), McCabe (James), DiPasquale (Judith), Cox
(Albert), Debiase (Kimberly A.), Bayer-Bond (Betty),
Representative of Friedman (Philip), Gruner (Robyn), Capner
(Denise), Boguslav (Norman), Hess (Alan), Roma (Bernie)
v.
Cumberland Farms, Inc., Haseotes (D.B., George, Byron),
Mumma (James M.), Phaneuf (Daniel E.), Fraccola
(R. Thomas), Forman (Carol A.), Binder
(Richard A.), Gordon (Arthur
L.), Bentas (Lily H.),
 NO. 93-5616
 United States Court of Appeals,
Third Circuit.
 May 19, 1994
 
 Appeal From: D.N.J.,
 Brotman, J.
 
 
 1
 AFFIRMED.